United States District Court
Southern District of Texas
**ENTERED**
March 05, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | **CRIMINAL DOCKET 4:21-525-01** |
| *versus* § | |
| § | **JUDGE LEE ROSENTHAL** |
| **ROBERTO ZAMORA** § | |

## ORDER

The sealed, *ex parte* motion is granted. David Adler is withdrawn from further representation in this matter. Dan Cogdell will continue to represent Roberto Zamora.

Signed on March __5__, 2025.

_____
Lee H. Rosenthal
Senior United States District Judge